Benjamin Washington
84 Bannon St
Torrington, CT 06790




Retail · U.S. POSTAGE PAID PM
TORRINGTON, CT 06790
JUN 05, 2025
75024   $13.10
RDC 03   0 Lb 5.90 Oz   S2324M503233-70

Texas Eastern District Court
7940 Preston Road
Plano, TX 75024



PRIORITY MAIL — TRACKED INSURED
UNITED STATES POSTAL SERVICE
For Domestic and International Use   Label 107R, May 2014

RECEIVED
JUN 10 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

EXPECTED DELIVERY DAY: 06/09/25
USPS TRACKING #



9505 5114 5918 5156 9959 15