IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **BENJAMIN WASHINGTON** § § § *Plaintiff*, § § v. § § **BECKETT COLLECTIBLES, LLC** § § *Defendant.* § § § § § | **CASE NO. 4:25-CV-00623-RWS-JBB** |

### DEFENDANT'S TRIAL WITNESS LIST

Pursuant to the Court's Docket Control Order [Dkt. 29], Defendant Beckett Collectibles, LLC ("Beckett") hereby submits its trial witness list.

Beckett's witness list is submitted without prejudice to Beckett's right to amend such, to the extent allowed by this Court and the law, or call at trial any additional witnesses from any source either as rebuttal evidence or impeachment or in the event new or different information becomes available. Additionally, Beckett reserves the right to amend its list based on the process of the case at trial. Beckett further reserves the right to examine any witnesses that Plaintiff designates or calls.

**A. Will Testify**

1. Beckett's corporate representative;

2. Heather Toro;

3. Kevin Isaacson;

4. Adrian Colon;

5. Joseph Arredondo;

30551808v1 92001.061.00

    6. Benjamin Washington.

**B. May Testify**

1. Any witness called by Plaintiff or identified in Plaintiff's witness list(s);

2. Any rebuttal or impeaching witness, the necessity of whose testimony cannot reasonably be anticipated before the time of trial.

Dated: February 4, 2026

                                                 Respectfully submitted,

                                                 **CONDON TOBIN SLADEK SPARKS NERENBERG PLLC**

                                                 */s/ Abigail R.S. Campbell*
                                                 Aaron Z. Tobin
                                                 Texas Bar No. 24028045
                                                 atobin@condontobin.com
                                                 Abigail R.S. Campbell
                                                 Texas Bar No. 24098959
                                                 acampbell@condontobin.com
                                                 8080 Park Lane, Suite 700
                                                 Dallas, Texas 75231
                                                 Telephone 214-265-3800
                                                 Facsimile 214-691-6311

                                                 **ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 4, 2026, the foregoing was electronically submitted to the clerk of court for the United States District Court for the Eastern District of Texas using the Court's electronic filing system and that all parties of record have been served electronically or as authorized by the Federal Rules of Civil Procedure, including by U.S. mail.

Benjamin Washington
42 East Pell Road East
Hartland, CT 06027
Benwashington318@gmail.com
Pro Se Plaintiff

                                                 */s/ Abigail R.S. Campbell*
                                                 Abigail R.S. Campbell