IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **BENJAMIN WASHINGTON** | § § | |
| **V.** | § § | No. 4:25-cv-00623-JBB |
| **BECKETT COLLECTIBLES, LLC** | § § | |

## FINAL JUDGMENT

Pursuant to the Court's Order granting Defendant's motion to dismiss (Dkt. No. 62), the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that any pending motions in the above-captioned case are **DENIED**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

SIGNED this the 6th day of February, 2026.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE